UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HOPE ELONA SMITH,
                              Plaintiff,

                        22 Civ. 2027 (LGS)

                -against-

                        ORDER

MOUNT SINAI HEALTH SYSTEM INC., et al.,
                            Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on September 14, 2022, Defendants filed a pre-motion letter for a motion for summary judgment;

       WHEREAS, pursuant to the Order dated September 15, 2022, the deadline for Plaintiff to file a responsive letter, not to exceed three pages, was September 20, 2022;

       WHEREAS, no such response was filed.  It is hereby

       **ORDERED** that by **September 22, 2022**, Plaintiff shall file a responsive letter or state that it does not intend to oppose the proposed motion for summary judgment.

Dated: September 21, 2022
       New York, New York

                                                LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE