```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
HOPE ELONA SMITH,                                           :
                                   Plaintiff,               :
                                                            :        22 Civ. 2027 (LGS)
                 -against-                                  :
                                                            :             ORDER
MOUNT SINAI HEALTH SYSTEM INC., et al.,                     :
                                   Defendants.              :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on January 26, 2023, the Court was informed that the parties have reached a settlement agreement in principle. It is hereby

**ORDERED** that, by **February 8, 2023**, the parties shall submit: (*i*) the settlement agreement to the Court; and (*ii*) a joint letter with supporting evidence addressing the findings this Court must make in order to approve the settlement as fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015*), cert. denied*, 136 S. Ct. 824 (2016); *Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012) (outlining factors district courts have used to determine whether a proposed settlement is fair and reasonable). It is further

**ORDERED** that all conferences and trial are **CANCELED**. It is further

**ORDERED** that Defendants' counsel shall, as soon as possible, send this Order to the pro se Plaintiff.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 44.

Dated: January 27, 2023
       New York, New York

                                                         _____
                                                         **LORNA G. SCHOFIELD**
                                                         **UNITED STATES DISTRICT JUDGE**