

Jeffrey Kimmel

Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY  10020

D: 212 259 6435
T: 212 880 3800
F: 212 880 8965
DirF: 212 905 6408

Application **GRANTED**.  The deadline for the parties to file their *Cheeks* materials is extended to **February 15, 2023**.

Dated: February 7, 2023
New York, New York

*[signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

February 6, 2023

**VIA ECF**

Honorable Lorna G. Schofield
United States District Court, Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *Smith v. Mount Sinai Health System, et al. Case No.: 22 Civ. 2027 (LGS)*

Dear Judge Schofield:

    This firm represents defendant Mount Sinai Morningside ("Defendant") (named herein as "Mount Sinai Health System, Inc. and Mount Sinai Morningside") in the above-referenced matter. Pursuant to Your Honor's Individual Practices, Defendant writes on behalf of both parties to request a seven (7) day extension of the current deadline to file their settlement agreement and joint motion for approval of settlement, up to and until February 15, 2023.

    The parties make this request because they are still in the process of drafting the settlement documents and will not be able to submit the required documents by the current February 8, 2023 deadline. This is the parties' first request for an adjournment of the deadline to file the settlement documents. No other deadlines will be affected by this request.

    We thank the Court for its attention to this matter.

                    Respectfully submitted,

                    /s/ Jeffrey A. Kimmel
                    Jeffrey A. Kimmel

cc:    Kenneth Hawco, Esq. (via email)
        Plaintiff Elona Hope Smith (via email)